IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HARRY CHESSHER | § |
| | § |
| V. | §   1:16-CV-00433-RC |
| | § |
| XL SPECIALTY INSURANCE | § |
| COMPANY | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Harry Chessher and Defendant XL Specialty Insurance Company respectfully stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice with each party bearing its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| THE BERNSEN LAW FIRM | CHAFFE MCCALL L.L.P. |
| /s/ Myles Lenz_____ | /s/ Lisa M. Kaufmann (by permission) |
| David Bernsen | Ivan M. Rodriguez |
| State Bar No. 02217500 | State Bar No. 24058977 |
| dbernsen@bernsenlaw.com | rodriguez@chaffe.com |
| Myles Lenz | Lisa M. Kaufmann |
| State Bar No. 24092685 | State Bar No. 24072841 |
| mlenz@bernsenlaw.com | Kaufmann@chaffe.com |
| 420 MLK Jr. Parkway | 801 Travis Street, Suite 1910 |
| Beaumont, Texas  77701 | Houston, Texas 77002 |
| (409) 212-9994 | (713) 546-9800 |
| (409) 212-9411 facsimile | (713) 546-9806 facsimile |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2017, I electronically filed the foregoing with the Eastern District of Texas District Clerk using CM/ECF, which will send notification of such filing to all known counsel of record.

/s/ Myles Lenz_____
Myles Lenz