**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| HARRY CHESSHER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 1:16-cv-433 |
| v. | § | |
| | § | JUDGE RON CLARK |
| XL SPECIALTY INSURANCE CO., | § | |
| | § | VSL |
| *Defendant*. | § | |

## ORDER DISMISSING CASE

The parties have filed a stipulation of dismissal, requesting that the court dismiss this case with prejudice. (Dkt. # 19).

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

The Clerk is directed to CLOSE this case.

**So Ordered and Signed**
Jun 11, 2017

_____
Ron Clark, United States District Judge